Muriel B. Kaplan, Esq. (SBN 124607)
Shivani Nanda (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mkaplan@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C A S FINANCIAL & CONSTRUCTION SERVICES, INC., et al.,<br><br>Defendant. | Case No.: C13-3569 JSW<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date: Friday, November 15, 2013<br>Time: 1:30 p.m.<br>Ctrm: 11, 19th Floor<br>     450 Golden Gate Avenue<br>     San Francisco, California<br>Judge: The Honorable Jeffrey S. White |

Plaintiffs respectfully request that the Case Management Conference scheduled for November 15, 2013, at 1:30 p.m., be continued for approximately ninety (90) days, as follows:

1. As the Court's records will reflect, this action was filed on August 1, 2013 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

2. Plaintiffs served the complaint, summons, and court documents on Defendant on September 4, 2013, and a Proof of Service of Summons was filed on September 23, 2013 (Dkt. No. 9). Defendant did not timely file a responsive pleading. Plaintiffs requested Entry of Default on September 26, 2013, which was entered by the court on October 2, 2013 (Dkt. Nos. 11, 12).

3. Defendant has not contacted Plaintiffs regarding this matter. Plaintiffs anticipate filing a Motion for Default Judgment against Defendant within ninety (90) days. Plaintiffs therefore request a continuance of the Case Management Conference to allow time for the

-1-
REQUEST TO CONTINUE CMC
Case No.: C13-3569 JSW

1 preparation of said Motion for Default Judgment.

2     4.    There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately ninety (90) days, in order to allow for sufficient time for Plaintiffs to prepare and file a Motion for Default Judgment.

    5.    Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: November 7, 2013

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By:     /S/
    Shivani Nanda
    Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to February 28, 2014, and all related deadlines are extended accordingly.

Date: November 8, 2013

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT