Muriel B. Kaplan, Esq. (SBN 124607)
Shivani Nanda (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mkaplan@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C A S FINANCIAL & CONSTRUCTION SERVICES, INC., et al.,<br><br>Defendant. | Case No.: C13-3569 JSW<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date: Friday, April 25, 2014<br>Time: 11:00 a.m.<br>Ctrm: 5<br>      1301 Clay Street<br>      Oakland, California<br>Judge: The Honorable Jeffrey S. White |

      Plaintiffs respectfully request that the Case Management Conference scheduled for April 25, 2014, at 11:00 a.m., be continued for approximately ninety (90) days, as follows:

      1.    As the Court's records will reflect, this action was filed on August 1, 2013 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

      2.    Plaintiffs served the complaint, summons, and court documents on Defendant on September 4, 2013, and a Proof of Service of Summons was filed on September 23, 2013 (Dkt. No. 9). Defendant did not timely file a responsive pleading. Plaintiffs requested Entry of Default on September 26, 2013, which was entered by the court on October 2, 2013 (Dkt. Nos. 11, 12).

      3.    On November 8, 2013, the Court granted a previous request to continue the Case Management Conference (Dkt. No. 15) filed by Plaintiffs. At that time, Defendant had not contacted Plaintiffs regarding this matter, and thus Plaintiffs anticipated filing a Motion for

Default Judgment against Defendant within ninety (90) days.

4. Since then, the parties have engaged in settlement discussions and are currently working towards resolution of this matter. Plaintiffs have obtained certified payroll reports of hours worked by Defendant's employees from general contractor, West Bay Builders, to calculate the total Defendant owes to the Plaintiff ERISA Funds. Plaintiffs, Defendant and West Bay Builders are now discussing potential payment options. If the parties' settlement efforts fail, Plaintiffs anticipate filing a motion for default judgment within 90 days.

5. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately ninety (90) days, in order to allow the parties time to further discuss the possibility of settlement and, if necessary, sufficient time for Plaintiffs to prepare and file a Motion for Default Judgment.

6. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: April 18, 2014

**SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/S/_____
Shivani Nanda
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __July 25, 2014__, and all related deadlines are extended accordingly.

Date: __April 21, 2014__

_____Jeffrey S. White_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT