Muriel B. Kaplan, Esq. (SBN 124607)
Jordan D. Mazur (SBN 257899)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mkaplan@sjlawcorp.com
jmazur@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C A S FINANCIAL & CONSTRUCTION SERVICES, INC., et al.,<br><br>Defendant. | Case No.: C13-3569 JSW<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date:  Friday, July 25, 2014<br>Time:  11:00 a.m.<br>Ctrm:  5<br>         1301 Clay Street<br>         Oakland, California<br>Judge:  The Honorable Jeffrey S. White |

Plaintiffs respectfully request that the Case Management Conference scheduled for July 25, 2014, at 11:00 a.m., be continued for approximately sixty (60) days, as follows:

1.     As the Court's records will reflect, this action was filed on August 1, 2013 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

2.     Plaintiffs served the complaint, summons, and court documents on Defendant on September 4, 2013, and a Proof of Service of Summons was filed on September 23, 2013 (Dkt. No. 9). Defendant did not timely file a responsive pleading. Plaintiffs requested Entry of Default on September 26, 2013, which was entered by the court on October 2, 2013 (Dkt. Nos. 11, 12).

3.     On November 8, 2013, the Court granted a previous request to continue the Case Management Conference (Dkt. No. 15) filed by Plaintiffs.  At that time, Defendant had not contacted Plaintiffs regarding this matter, and thus Plaintiffs anticipated filing a Motion for

1  Default Judgment against Defendant within ninety (90) days.

2      4.    On April 28, 2014, the Court granted Plaintiffs' next request to continue the Case

3  Management Conference (Dkt. No. 22), as the parties had engaged in settlement discussions and

4  began working towards resolution of this matter.  Plaintiffs obtained certified payroll reports of

5  hours worked by Defendant's employees from general contractor West Bay Builders, to calculate

6  the total Defendant owes to the Plaintiff ERISA Funds.  Plaintiffs, Defendant and West Bay

7  Builders began discussing potential payment options.

8      5.    Plaintiffs are in the process of resolving the matter with West Bay Builders and

9  expect to arrange payment of amounts due by Defendant promptly.

10      6.    There are no issues that need to be addressed by this Court at the currently

11  scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's

12  time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled

13  Case Management Conference for approximately sixty (60) days, in order to allow the parties time

14  to reach a resolution with West Bay Builders for amounts due by Defendant to Plaintiffs.

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

P:\CLIENTS\OE3CL\CAS Financial and Construction Services Inc\Pleadings\Request to Continue CMC 071714.docx

7.    Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: July 17, 2014

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By: _____/S/_____
Jordan D. Mazur
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to September 26, 2014 and all related deadlines are extended accordingly.

Date: ___July 21, 2014___          _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

-3-
**REQUEST TO CONTINUE CMC**
**Case No.: C13-3569 JSW**