1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 RUSSELL E. BURNS, et al.,                  Case No.: C13-3569 JSW

11                                            **PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**
          Plaintiffs,
12
           v.                                 Date:  Friday, September 26, 2014
13                                            Time:  11:00 a.m.
                                              Ctrm:  5
14 C A S FINANCIAL & CONSTRUCTION                    1301 Clay Street
   SERVICES, INC., et al.,                           Oakland, California
15                                            Judge: The Honorable Jeffrey S. White
          Defendant.
16

17

18        Plaintiffs respectfully request that the Case Management Conference scheduled for

19 September 26, 2014, at 11:00 a.m., be continued for approximately sixty (60) days, as follows:

20        1.      As the Court's records will reflect, this action was filed on August 1, 2013 to

21 compel Defendant to comply with the terms of its Collective Bargaining Agreement.

22        2.      Plaintiffs served the complaint, summons, and court documents on Defendant on

23 September 4, 2013, and a Proof of Service of Summons was filed on September 23, 2013 (Dkt.

24 No. 9). Defendant did not timely file a responsive pleading. Plaintiffs requested Entry of Default

25 on September 26, 2013, which was entered by the court on October 2, 2013 (Dkt. Nos. 11, 12).

26        3.      On November 8, 2013, the Court granted a previous request to continue the Case

27 Management Conference (Dkt. No. 15) filed by Plaintiffs. At that time, Defendant had not

28 contacted Plaintiffs regarding this matter, and thus Plaintiffs anticipated filing a Motion for

-1-
REQUEST TO CONTINUE CMC
Case No.: C13-3569 JSW

Default Judgment against Defendant within ninety (90) days.

4. On April 28, 2014, the Court granted Plaintiffs' next request to continue the Case Management Conference (Dkt. No. 22), as the parties had engaged in settlement discussions and began working towards resolution of this matter. Plaintiffs obtained certified payroll reports of hours worked by Defendant's employees from general contractor West Bay Builders, to calculate the total Defendant owes to the Plaintiff ERISA Funds. Plaintiffs, Defendant and West Bay Builders began discussing potential payment options.

5. On July 21, 2014, the Court granted Plaintiffs' next request to continue the Case Management Conference (Dkt. No. 25), as Plaintiffs were in the process of resolving the matter with West Bay Builders and expected to arrange payment of amounts due by Defendant.

6. West Bay Builders has stated that they issued payment this week for amounts due by Defendant for hours worked on West Bay Builders' project <u>only</u>, and receipt of said payment by Plaintiffs is pending. Upon receipt of the payment, Plaintiffs anticipate filing a Motion for Default Judgment against Defendant for the balance remaining due by it to the Trust Funds.

7. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately sixty (60) days, to allow sufficient time for Plaintiffs to receive the payment issued by West Bay Builders, and to prepare and file a Motion for Default Judgment against Defendant.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

8. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: September 18, 2014

**SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to December 5, 2014, and all related deadlines are extended accordingly.

Date: September 19, 2014

_Jeffrey S. White_
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

-3-
REQUEST TO CONTINUE CMC
Case No.: C13-3569 JSW

P:\CLIENTS\OE3CL\CAS Financial and Construction Services Inc\Pleadings\Request to Continue CMC 091814.docx