Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al., | Case No.: C13-3569 JSW |
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON** |
| v. | Date: Friday, December, 2014<br>Time: 11:00 a.m. |
| C A S FINANCIAL & CONSTRUCTION SERVICES, INC., et al., | Ctrm: 5<br>1301 Clay Street<br>Oakland, California |
| Defendant. | Judge: The Honorable Jeffrey S. White |

Plaintiffs respectfully request that the Case Management Conference scheduled for December 5, 2014, at 11:00 a.m., be continued for approximately sixty (60) days, as follows:

1.   As the Court's records will reflect, this action was filed on August 1, 2013 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

2.   Plaintiffs served the complaint, summons, and court documents on Defendant on September 4, 2013, and a Proof of Service of Summons was filed on September 23, 2013 (Dkt. No. 9). Defendant did not timely file a responsive pleading. Plaintiffs requested Entry of Default on September 26, 2013, which was entered by the court on October 2, 2013 (Dkt. Nos. 11, 12).

3.   On November 8, 2013, the Court granted a previous request to continue the Case Management Conference (Dkt. No. 15) filed by Plaintiffs.  At that time, Defendant had not contacted Plaintiffs regarding this matter, and thus Plaintiffs anticipated filing a Motion for

Default Judgment against Defendant within ninety (90) days.

4. On April 28, 2014, the Court granted Plaintiffs' next request to continue the Case Management Conference (Dkt. No. 22), as the parties had engaged in settlement discussions and began working towards resolution of this matter.  Plaintiffs obtained certified payroll reports of hours worked by Defendant's employees from general contractor West Bay Builders, to calculate the total Defendant owes to the Plaintiff ERISA Funds.  Plaintiffs, Defendant and West Bay Builders began discussing potential payment options.

5. On July 21, 2014, the Court granted Plaintiffs' next request to continue the Case Management Conference (Dkt. No. 25), as Plaintiffs were in the process of resolving the matter with West Bay Builders and expected to arrange payment of amounts due by Defendant.

6. On September 19, 2014, the Court granted Plaintiffs' next request to continue the Case Management Conference (Dkt. No. 28), as Plaintiffs were waiting to receive a payment West Bay Builders, and anticipated filing a Motion for Default Judgment against Defendant for the balance remaining due by it to Plaintiffs.

7. Plaintiffs received payment from West Bay Builders. Defendant has failed to submit monthly contribution reports for hours worked by its employees since August 2013, and therefore Plaintiffs would need to estimate contributions due for their Motion for Default Judgment, pursuant to the Trust Funds' procedures. In order to claim an accurate amount due by Defendant in their Motion for Default Judgment, Plaintiffs will personally serve a subpoena on Defendant to obtain its delinquent contribution reports. If Defendant fails to respond to Plaintiffs' subpoena, Plaintiffs will seek enforcement of Defendant's contempt pursuant to F.R.C.P. 45(g).

8. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately sixty (60) days, to allow for sufficient time for Defendants to either respond to or fail to respond to Plaintiffs' subpoena, and for Plaintiffs to file a Motion for Default Judgment against Defendant.

/ / /

1    9.    Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: November 24, 2014                    **SALTZMAN & JOHNSON**
                                            **LAW CORPORATION**

                                            By: _____/S/_____
                                                Michele R. Stafford
                                                Attorneys for Plaintiffs

IT IS SO ORDERED.

   Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to February 6, 2015, and all related deadlines are extended accordingly.

Date: December 3, 2014                      _____
                                            THE HONORABLE JEFFREY S. WHITE
                                            UNITED STATES DISTRICT COURT